# Exhibit A

# AFFIDAVIT

I, Amanda L. Hennessey, Esq., being duly sworn accordingly to law, deposes and states the following:

1. I am the attorney for Defendant, Dollar Tree Stores, Inc.

2. I prepared the foregoing Notice of Removal and know the contents thereof.

3. I am authorized to make this Affidavit on behalf of Dollar Tree Stores, Inc.

4. The facts alleged in the Notice of Removal are true and correct to the best of my knowledge, information, and belief.

I, Amanda L. Hennessey, Esq., hereby state that the facts set forth in the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief. This verification is made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

Date: March 17, 2026

By: Amanda L. Hennessey

Amanda L. Hennessey, Esq.
P.A. I.D. No. 314312
P.O. Box 1275
Camp Hill, PA 17001
(717) 237-7103
COUNSEL FOR DEFENDANT,
DOLLAR TREE STORES, INC.